remanded for a new hearing on the rule to show cause why the defendant's probation should not be revoked.

Reversed and remanded.

GOLDBERG and EGAN, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* CHARLES F. ALLISON, Petitioner-Appellant.

(No. 60522;

First District (1st Division)—February 3, 1975.

PER CURIAM.

SIMON, J., took no part.

James J. Doherty, Public Defender, of Chicago (Saul H. Brauner, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.